DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORY MILTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0600

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case No. 062001CF014758A88810.

Cory Milton, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., KLINGENSMITH and SHAW, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***